**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                              **CRIMINAL NUMBER 07-20076**

**v.**

                                              **HON. ROBERT H. CLELAND**

**D-4    MARK ESCOBAR**
          **Defendant.**
_____/

## ORDER OF EXTENSION OF TIME

The court having reviewed Defendant Mark Escobar's Motion to Extend Defendant's Voluntary Reporting Date to Federal Criminal Institution Gilmer;

The Court hereby **grants** Defendant Escobar's motion and hereby requests that the U.S. Federal Bureau of Prisons enlarge Defendant Escobar's reporting date from August 19, 2008, until after October 15, 2008.


                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 5, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2008, by electronic and/or ordinary mail.


                                                      S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522

Prepared by:

s/ Peter J. Kelley
Peter J. Kelley (P15822)
Attorney fro Defendant Mark Escobar
339 E. Liberty Street, Ste. 200
Ann Arbor, MI 48104
(734) 668-1344
pkelleylaw@aol.com